# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARVIN YARRELL, A/K/A MARVIN JOHNSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 75613

**FILED**

MAR 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Appellant argues that he was entitled to additional presentence credits. Appellant's claim fell outside the narrow scope of claims permissible in a motion to modify or correct an illegal sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Therefore, without considering the merits of any of the claims raised in the motion, we conclude that the district court did not err in denying the motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

19-11563

cc:    Hon. Kenneth C. Cory, District Judge
Marvin Yarrell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk